UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:07-CR-120 |
| | ) | (Phillips / Guyton) |
| ANGEL CONTRERAS, et alia, | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the district court as may be appropriate. This matter is before the Court upon an oral motion by the United States for a brief extension of the date previously established for filing responses in the Court's Order filed February 12, 2008, [Doc. 89]. Assistant United States Attorney Tracee Plowell reports that all defense counsel, short of a single lawyer whom she has been unsuccessful in her efforts to contact by telephone, have confirmed they do not oppose an extension under the circumstances.

The Court finds good cause has been shown to allow additional time for the government to respond to the several substantive motions that have been filed in this matter. Specifically, both prosecution attorneys are involved in an extensive trial underway as of this date and expected to last into the first week of March.

Accordingly, the oral motion for additional time in which to respond is **GRANTED**. Responses to pending pretrial motions, will be due on or before **March 21, 2008.** The Court will conduct a hearing on the merits of such pretrial motions, as may be necessary to assist in their

disposition, at the date and time previously established for the Pretrial Conference, **April 8, 2008, at 9:30 a.m.** At that time, the Court will ask the parties to address the approaching trial date of **April 15, 2008**.

**IT IS SO ORDERED.**

ENTER:

    s/ H. Bruce Guyton
United States Magistrate Judge